Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

F. E. GRAUWILLER TRANSPORTATION COMPANY, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant, and THE Tug JOHN MURRAY and Gallagher Brothers Sand & Gravel Corporation, Claimant and Respondents-Impleaded-Appellees.

No. 336.

Circuit Court of Appeals, Second Circuit.

June 4, 1945.

T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y. (Vincent A. Catoggio, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellant.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for appellees.

Before SWAN, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Decrees affirmed on opinion below, 52 F. Supp. 931.

William H. BARR, a Minor, and Agnes D. Barr, a Minor, by Zeila M. Barr, Their Guardian, Appellants, v. TRAVELERS INSURANCE COMPANY, Appellee.

No. 10728.

Circuit Court of Appeals, Ninth Circuit.

May 28, 1945.

Joseph C. Haughey and Keith R. Ferguson, both of San Francisco, Cal., for appellant.

Joseph T. O'Connor and Leo R. Friedman, both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

Appellants sued appellee on a double indemnity policy similar to that in the appeal of Zeila Barr v. Equitable Life Assurance Society of the United States, No. 10,729, 9 Cir., 149 F.2d 634, this day decided.

The instant case was tried upon the same evidence as in appeal No. 10,729. For the reasons stated in the opinion in the latter case, the judgment is affirmed.

Sidney R. BAER, Trustee and Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12755.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of Washington, D. C., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and

638

John W. Smith, Sp. Atty., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.

**S. Charles BAER, Transferee and Beneficiary, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12756.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.

**Sidney R. BAER, Jr., Transferee and Beneficiary, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12757.

Circuit Court of Appeals, Eighth Circuit.

April 4, 1945.

Stanley S. Waite, Abraham Lowenhaupt, and H. M. Stolar, all of St. Louis, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly and John W. Smith, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without the taxation of costs in favor of either of the parties in this Court, on authority of decision in Mississippi Valley Trust Company and Ruth H. Watkins, Trustees and Transferees, Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 147 F.2d 186, pursuant to stipulation.